# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 12-cv-01990-JLK-KMT | FTR - Courtroom C-201 |
| **Date:** September 18, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| HYDRO ENGINEERING, INC., a Utah corporation, | Mark Andrew Miller |
| Plaintiff, | |
| v. | |
| KÄRCHER NORTH AMERICA, INC., a Delaware Corporation, | David Benjamin Kellis<br>Robert R. Brunelli |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:34 p.m.**
Court calls case.  Appearances of counsel. Keith Price present with defense counsel. Kathy Yu representing Petter Investments in Utah case present in gallery.

Motion Hearing is called regarding plaintiff's Motion to Compel Kärcher North America, Inc. to Comply with Subpoena [Doc. No. 2, filed July 30, 2012].

Oral argument by plaintiff's counsel.
Oral argument by defense counsel.
Statement made by Kathy Yu.

It is **ORDERED**:   Plaintiff's Motion to Compel [2] is **GRANTED IN PART AND DENIED IN PART** as stated on the record. Plaintiff has shown some of the Requests for Production of Documents in question are relevant and that Plaintiff has a substantial need for Kärcher to produce.

The motion is **GRANTED** as to Request for Production of Documents Nos. 2 and 4 as modified by the court. The requests are modified to read as follows:

"All documents, including electronic documents and email

>communications, with Petter Investments, Inc., doing business as Riveer Environmental, and Doug Petter, Matt Petter, Carl Pelletier, Andy Litz, John Goodell or any other agent acting on behalf of Riveer relating to the Solicitation."
>
>The court finds there is no need for a date limitation on the above referenced documents because Kärcher has represented that all dealings with any of the businesses or persons named were in 2012 as Kärcher had no relationship with the entities or persons prior to the Solicitation.
>
>Defense counsel shall produce documents as to the modified request on or before October 2, 2012.
>
>The motion is **DENIED** as to Request for Production of Documents Nos. 1, 3, 5, and 6. The requests are over-broad and irrelevant to the Utah case under which the discovery is propounded.

**Court in Recess: 3:06 p.m.**
Hearing concluded.
Total In-Court Time    01:32

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.