**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 12-cv-01990-JLK-KMT | FTR - Courtroom C-201 |
| **Date:** December 17, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| HYDRO ENGINEERING, INC., a Utah corporation, | Mark Andrew Miller |
| Plaintiff, | |
| v. | |
| KÄRCHER NORTH AMERICA, INC., a Delaware Corporation, | David Benjamin Kellis<br>Robert R. Brunelli<br>Keith Price |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING
Court in session: 1:29 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Kärcher North America's Motion for Partial Reconsideration and Protective Order, with Certificate of Compliance with Local Rule 7.1A [Doc. No. 16, filed October 2, 2012] and Hydro Engineering, Inc.'s Motion for Contempt [Doc. No. 20, filed October 24, 2012].

Oral argument by Plaintiff's counsel.
Oral argument by Defense counsel.

The court reads an Order from the Minute Entry for the September 18, 2012 Motion Hearing [Doc. No. 15, filed September 18, 2012].

It is **ORDERED**:   Kärcher North America's Motion for Partial Reconsideration and Protective Order [16] is **GRANTED IN PART AND DENIED IN PART**. The motion is granted to the extent Kärcher is not required to produce the final bid figures contained in documents not required to be produced under this court's Order.  Kärcher shall continue to produce any communications as described in the Order from Minute Entry [15] occurring after February 22, 2012.

It is **ORDERED**:    Hydro Engineering, Inc.'s Motion for Contempt [20] is **DENIED** as stated on the record.

**Court in Recess: 2:26 p.m.**
Hearing concluded.
Total In-Court Time    00:57

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.